# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| LOUIS CHARLES HAMILTON | § | |
| | § | |
| v. | § | 1:14-CV-592 |
| | § | |
| ANTOINE L. FREEMAN, | § | |
| JOYCE M. GRACE, and | § | |
| EDWARD McCRAY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The magistrate judge has recommended that this case be dismissed with prejudice. (Doc. No. 12.) No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 12) is **ADOPTED**, and that this case is dismissed with prejudice.

**SIGNED** this the 28 day of **May, 2015.**

_____
Thad Heartfield
United States District Judge